las, BRENNAN, and MARSHALL, JJ.,) ; *Waller* v. *Florida,* 397 U. S. 387, 395 (1970) (BRENNAN, J., concurring). See also *People* v. *White,* 390 Mich. 245, 212 N. W. 2d 222 (1973); *State* v. *Brown,* 262 Ore. 442, 497 P. 2d 1191 (1972); *Commonwealth* v. *Campana,* 452 Pa. 233, 304 A. 2d 432 (1973), vacated and remanded, 414 U. S. 808 (1973), adhered to on remand, 455 Pa. 622, 314 A. 2d 854 (1974); *State* v. *Gregory,* 66 N. J. 510, 333 A. 2d 257 (1975).

No. 74–1410.   ROBERTS ET AL. *v.* UNITED STATES, *ante,* p. 829;

No. 74–1548.   OLD TOWN YACHT BASIN, INC. *v.* CITY OF ALEXANDRIA, *ante,* p. 836;

No. 74–1585.   B. COLEMAN CORP. *v.* 47TH & STATE CURRENCY EXCHANGE, INC., *ante,* p. 806;

No. 74–6336.   WARNER *v.* UNITED STATES, *ante,* p. 843;

No. 74–6588.   COZZETTI *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA ET AL., *ante,* p. 818;

No. 74–6651.   LYNCH *v.* UNITED STATES, *ante,* p. 852;. and

No. 75–45.   TANG ET AL. *v.* CRAVER ET AL., *ante,* p. 865. Petitions for rehearing denied.

No. 74–1573.   UNITED MINE WORKERS OF AMERICA ET AL. *v.* ISLAND CREEK COAL CO., *ante,* p. 877.   Petition for rehearing denied.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

DECEMBER 2, 1975

No. 75–513.   DOOLITTLE ET AL. *v.* UNITED STATES. C. A. 5th Cir.   Petition for writ of certiorari dismissed as to petitioner Baxter under this Court's Rule 60.